■ In the Matter of ROBERT FRED GIUSTI, a Disbarred Attorney. [621 NYS2d 846] —Petition is granted only insofar as to refer this matter to the Departmental Disciplinary Committee for a hearing as indicated. No opinion. Concur—Sullivan, J. P., Ellerin, Ross, Asch and Williams, JJ.